# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:08CR408 |
| vs. ) | |
| ) | ORDER |
| PAULA M. BUDLONG and ) | |
| SCOTTY L. BOTHWELL, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the defendants' motions for extension of time in which to file pretrial motions (Filings 33 & 34). Upon review of the file, and for good cause shown, the court finds that the motion should be granted.

**IT IS ORDERED** that the motions (Filings 33 & 34) are granted, as follows:

1. The deadline for filing pretrial motions is extended to **January 5, 2009.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **December 16, 2008 and January 5, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Each defendant shall file an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3, as soon as is practicable.

**DATED December 18, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**