IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR408 |
| | ) | |
| v. | ) | |
| | ) | |
| PAULA M. BUDLONG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Brian S. Munnelly for leave to withdraw as counsel (Filing No. 76). After hearing with counsel and defendant present,

IT IS ORDERED that the motion is denied.

DATED this 13th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court