IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR408 |
| | ) | |
| v. | ) | |
| | ) | |
| PAULA M. BUDLONG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for continuance (Filing No. 104). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the hearing on plaintiff's Rule 35(b) motion (Filing No. 102) is rescheduled for:

**Tuesday, October 19, 2010, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

DATED this 30th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court