IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR408 |
| | ) | |
| v. | ) | |
| | ) | |
| PAULA M. BUDLONG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter came on for hearing on August 27, 2015, on the petition for warrant or summons for offender under supervision (Filing No. 133). Defendant was present and represented by Karen M. Shanahan, Assistant Federal Public Defender. Plaintiff was represented by Thomas J. Kangior, Assistant United States Attorney.

Defendant admitted Allegation No. 1 of the petition, Plaintiff moved to dismiss Allegation Nos. 1, 3, 4 and 5. The Court finds that motion should be granted. Defendant's oral motion for release will be denied. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to dismiss Allegation Nos. 1, 3, 4 and 5 of the petition is granted.

2) Defendant's oral motion for release is denied.

3) Final disposition is continued to:

**Thursday, October 22, 2015, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **subject to being rescheduled pending defendant's placement in a treatment facility.**

DATED this 31st day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court