IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR408 |
| | ) | |
| v. | ) | |
| | ) | |
| PAULA M. BUDLONG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant, Paula M. Budlong, through her attorney, Julie B. Hansen, filed a Motion to Reconsider Detention (Filing No. 152) requesting she be released to participate in residential treatment at the Catholic Charities Omaha Campus for Hope. USPO Erin Finigan does not object to this request.

IT IS ORDERED:

1) Defendant Paula M. Budlong shall be released from the U.S. Marshal's custody on **Thursday, September 3, 2015, no later than 10:00 a.m**. to a representative of the Federal Public Defender Office staff for transportation to the Campus for Hope, Catholic Charities campus, Omaha, Nebraska, to participate in the residential treatment program.

2) Defendant remains subject to all of the previously ordered conditions of her supervised release.

3) If the defendant fails to remain in such program, participate in such program, and obey all the rules of such

program, the Court shall be notified immediately so that a warrant may issue.

DATED this 1st of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court